# United States District Court
# For The Western District of North Carolina
# Statesville Division

NINA BELLE PRITCHARD,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:04CV204

DECISION BY COURT.  This action having come before the Court by nonjury trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Plaintiff recover from the Defendant a sum of $135,000 plus applicable court costs and that Judgment is hereby entered in accordance with the Court's December 22, 2006, Findings of Fact and Conclusions of Law and Decision.

Signed: December 26, 2006

Frank G. Johns, Clerk
United States District Court